IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

June 11, 2008

Charles R. Fulbruge III
Clerk

No. 07-50378

RUDY VAN WILLIAMS

Plaintiff-Appellee

v.

OFFICER FNU RAMIREZ, Gang Intelligents Officer

Defendant-Appellant

Appeal from the United States District Court
for the Western District of Texas
USDC No. 3:05-cv-00491

Before DAVIS, SMITH, and DeMOSS, Circuit Judges.

PER CURIAM:[*]

Defendant-Appellant Officer Ramirez brings this interlocutory appeal to challenge the district court's denial of his motion to dismiss and/or for summary judgment based on qualified immunity. Because genuine issues of material fact remain to be resolved, we have no jurisdiction to decide this interlocutory appeal.

Appeal dismissed.

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.